AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ward, Thomas J | 2. Court or Organization<br><br>U.S. District Court, TX-E | 3. Date of Report<br><br>05/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>100 East Houston Street<br>Marshall, Texas 75670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Joint Venturer | J&J Joint Venture #1. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 14 P 12: 18
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | March 23-25, 2006 - National Trial competition - Judge of Law School Mock Trial Teams - lodging and meals, Dallas, TX |
| 2. | Legal IQ | March 28-30, 2006 - IQPC Patent Strategies 2006 Conference - Panel participant - travel and lodging, New York, NY |
| 3. | American College of Trial Lawyers | April 28-29, 2006 - Panel participant - lodging and meals, San Antonio, TX |
| 4. | Practicing Law Institute | July 26, 2006 - How to Prepare & Conduct Markman Hearings 2006 - Panel participant - travel, lodging, meals, San Francisco, CA |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

5. University of Texas at Austin

October 26-27, 2006 - 11th Annual Advanced Patent Law Institute - Panel participant - travel and meals, Austin, TX

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Texas Bank & Trust (f/k/a Longview Bank & Trust) | Promissory note secured by CD | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hartford Life Variable Annuity | | None | L | T | | | | | |
| 2. Allstate Life Ins. Variable Annuity [f/n/a Northbrook Life] | | None | M | T | | | | | |
| 3. Hartford Life Variable Annuity | | None | K | T | | | | | |
| 4. Capital One [f/n/a Hibernia National Bank (Accounts)] | B | Interest | | | Closed | 6/13 | L | | |
| 5. NE Territory Addition LLC | | None | K | U | | | | | |
| 6. Las Cruces Associates | | None | J | U | | | | | |
| 7. UBS Bank USA (accounts) | A | Interest | J | T | | | | | |
| 8. American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 9. American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 10. American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 11. American Funds Income Fund of America CLA | B | Dividend | K | T | | | | | |
| 12. American Funds Investment Co. of America CLA | A | Dividend | J | T | | | | | |
| 13. American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 14. American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 15. Nuveen Insured Premium Income Municipal Fund | B | Interest | K | T | | | | | |
| 16. IRA #1 | | | | | | | | | |
| 17. -- Putnam Master Int. Inc. Trust | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- MSDW Global Dividend Growth Fund B | A | Dividend | K | T | | | | | |
| 19.   -- MSDW Strategist Fund B | A | Dividend | K | T | | | | | |
| 20.   --MSDW Natural Resources Development Fund | | None | K | T | | | | | |
| 21.   -- MSDW Dividend Growth Securities Fund B | B | Dividend | K | T | | | | | |
| 22.   -- MSDW Real Estate Fund B | C | Dividend | L | T | | | | | |
| 23.   -- MSDW Focus Growth Fund, fka Amer. Opportunities Fund B | | None | K | T | | | | | |
| 24.   --American Funds Capital World Growth and Income Fund CLA | A | Dividend | K | T | | | | | |
| 25.   --American Funds Capital World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 26.   --American Funds Growth Fund of America CLA | A | Dividend | K | T | | | | | |
| 27.   --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 28.   --American Funds Investment Co. of America CLA | A | Dividend | K | T | | | | | |
| 29.   --American Funds New Economy Fund CLA | A | Dividend | K | T | | | | | |
| 30.   --American Funds New Perspective Fund CLA | A | Dividend | K | T | | | | | |
| 31.   IRA #2 | | | | | | | | | |
| 32.   --American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 33.   --American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 34.   --American Funds Growth Fund of America | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CLA | | | | | | | | | |
| 35. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 36. --American Funds Investment Co. of America CLA | A | Dividend | K | T | | | | | |
| 37. --American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 38. --American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 39. Texas Bank & Trust (fka Longview Bank & Trust)(Accounts) | C | Interest | M | T | | | | | |
| 40. Real Estate, Upshur County, Texas | | None | J | W | | | | | |
| 41. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 42. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 43. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 44. Southside Bank (accounts) | D | Interest | M | T | | | | | |
| 45. Ponderosa Gathering, LLC | | None | J | U | | | | | |
| 46. Account Receivable | | None | J | U | | | | | |
| 47. J&J Joint Venture No. 1, Longview, TX | D | Distribution | J | U | | | | | |
| 48. CIBC Oppenheimer Money Market Account | A | Interest | J | T | | | | | |
| 49. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 50. Microsoft Corporation Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 52. Working Interest - Denson #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 53. Working Interest - J.Bussey #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 54. Working Interest - Culpepper #3, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 55. Working Interest - Flewellen #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 56. Working Interest - Flewellen #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 57. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 58. Working Interest - Denson #2, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 59. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 60. Working Interest - Denson #4, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 61. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 62. Working Interest - Flewellen #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 63. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 64. Working Interest - Culpepper #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 65. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 66. Working Interest - Castleberry #10, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 67. Working Interest - Flewellen #7, Gregg | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, Texas | | | | | | | | | |
| 68. Working Interest - Castleberry #11, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 69. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 70. Working Interest - Flewellen #8, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 71. Working Interest - Flewellen #9, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 72. Working Interest - Trudie Bruton #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 73. Working Interest - Denson #5, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 74. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 75. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 76. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | B | Royalty | J | W | | | | | |
| 77. Royalty - Davis #2, Wood County, Texas | A | Royalty | J | W | | | | | |
| 78. Working Interest -Utzman #1, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 79. Working Interest - Ritz #1, Panola County, Texas | | None | J | W | | | | | |
| 80. Working Interest - Ritz #2, Panola County, Texas | B | Royalty | J | W | | | | | |
| 81. Working Interest - Vera Davis #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 82. Working Interest - Roy Harrell #1, Harrison County, Texas | B | Royalty | J | W | | | | | |
| 83. Working Interest - Inez Bates #2, | C | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Nacogdoches County, Texas | | | | | | | | | |
| 84. Working Interest - Inez Bates #3, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 85. Working Interest - Inez Bates #4, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 86. Working Interest - Inez Bates #5, Nacogdoches County, Texas | C | Royalty | J | W | | | | | |
| 87. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 88. Working Interest - McCarter #1, Rusk County, Texas | C | Royalty | J | W | | | | | |
| 89. Working Interest - Vera Davis #3, Panola County, Texas | D | Royalty | K | W | | | | | |
| 90. Working Int.- Jordan #1, Panola County, Texas | B | Royalty | J | W | | | | | |
| 91. Working Interest - Burk #2, Panola County, Texas | C | Royalty | J | W | | | | | |
| 92. Working Interest - West Bay #1, Panola County, Texas | C | Royalty | J | W | | | | | |
| 93. Working Interest - Brady #1, Rusk County, Texas | B | Royalty | J | W | | | | | |
| 94. Working Interest - Beckham #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 95. Working Interest - Orr-Tipps #2, Rusk County, Texas | | None | J | W | | | | | . |
| 96. Working Interest - Wedgeworth #1, Panola County, Texas | B | Royalty | J | W | | | | | |
| 97. Working Interest - Vera Davis #4, Panola County, Texas | D | Royalty | K | W | | | | | |
| 98. Working Interest - Vera Davis #5, Panola County, Texas | D | Royalty | K | W | | | | | |
| 99. Working Interest - Burk #3, Panola County, | C | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Texas | | | | | | | | | |
| 100. Working Interest - W.W. Mackey #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 101. Longview, TX Municipal Bond | B | Interest | K | T | | | | | |
| 102. Pleasanton, TX Municipal Bond | B | Interest | K | T | | | | | |
| 103. Brazos River Authority Bond | A | Interest | K | T | | | | | |
| 104. TX State Technical College Bond | A | Interest | K | T | | | | | |
| 105. Brazosport, TX ISD Bond | B | Interest | K | T | | | | | |
| 106. Killeen, TX Municipal Bond | A | Interest | K | T | | | | | |
| 107. Kate Dudley #1 Working Interest, Gregg County, TX | D | Royalty | K | W | | | | | |
| 108. Vera Davis #7 Working Interest, Panola County, TX | D | Royalty | K | W | | | | | |
| 109. Jordan #2 Working Interest, Panola County, TX | B | Royalty | J | W | | | | | |
| 110. Beckham #3 Working Interest, Panola County, TX | E | Royalty | L | W | | | | | |
| 111. West Bay #2 Working Interest, Panola County, TX | D | Royalty | K | W | | | | | |
| 112. Burk #4 Working Interest, Panola County, TX | D | Royalty | K | W | | | | | |
| 113. Note Receivable | | None | | | paid in full | 10/10 | K | | Lori Pitrie Prestige Bldr. |
| 114. First National Albany - Breckenridge Bank Accounts | D | Interest | M | T | | | | | |
| 115. Morgan Stanley Bank Account | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. Morgan Stanley Money Market Fund | A | Interest | J | T | | | | | . |
| 117. Morgan Stanley S&P 500 Fund Index | A | Dividend | J | T | | | | | |
| 118. CD Prudent Bank, Cincinnati, Ohio | A | Interest | K | T | sell | 7/17 | K | | |
| 119. Pauline & Charles Davis #1 Working Int.,Harrison Co.,TX (X) | B | Royalty | J | W | | | | | |
| 120. Mary B. Allen #2 Working Interest, Gregg County, TX (X) | A | Royalty | J | W | | | | | |
| 121. Roberson #1 Working Interest, Anderson County, TX | | None | J | W | buy | 2/17 | J | | Machin & Associates |
| 122. Patton-Jarvis #1 Working Interest, Gregg County, TX | D | Royalty | K | W | buy | 1/26 | J | | Machin & Associates |
| 123. McMichael #1 Working Interest, Gregg County, TX | | None | J | W | buy | 8/07 | J | | Machin & Associates |
| 124. Vera Davis #6 Working Interest, Panola County, TX | E | Royalty | L | W | buy | 1/04 | K | | Ark-La-Tex Energy LLC |
| 125. Beckham #4 Working Interest, Panola County, TX | C | Royalty | J | W | buy | 3/22 | K | | Ark-LaTex Energy LLC |
| 126. Burk #6 Working Interest, Panola County, TX | C | Royalty | J | W | buy | 5/24 | K | | Ark-La-Tex Energy LLC |
| 127. John Snell #1 Working Interest, Leon County, TX | | None | | | buy | 6/23 | J | | Ridge Petroleum |
| 128. White #1 Working Interest, Rusk County, TX | | None | J | W | buy | | J | | Ark-La-Tex Energy LLC |
| 129. S.J. Keasler Lease, Harrison County, TX (X) | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.   INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter.

Item Nos. 5 and 6:  Undivided interest in real estate limited partnership.  Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item No. 23 is a MSDW fund not managed or controlled by filer. It is the same asset that appeared as Item 23 on filer's 2005 report.  MSDW advises the fund name was changed on July 3, 2006.

Item No. 46:  Debtor is NE Territory Addition LLC identified in item number 5.

Item No. 47:  Filer is passive investor in this joint venture real estate investment; assets are undivided interests in real estate limited partnership. Neither filer nor joint venture can direct, influence or in any manner effect the purchase, exchange, sale or disposition of limited partnership assets.

Item Nos. 73, 74, 75, and 76:  Funds attributable to filer's working interest in these wells are distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP.  Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item No. 104 on filer's 2005 report has been dropped from this 2006 report. Well proved commercially non-productive.

Item No. 119 on filer's 2005 report has been dropped from this 2006 report.  Well proved commercially non-productive.

Item No. 127 bought on 6/23/06 proved to be commercially non-productive.

Item No. 129 has not been reported in any prior report. This item represents filer's interest in an oil and gas lease. Drilling of an oil and gas well was commenced on this lease June 17, 1982, and the well proved productive. Filer owned a working interest. The only well drilled on the lease was the S.J. Keasler #1.  On December 6, 1996, a group of original working interest owners bought out the remaining original working interest owners. Filer was a seller. The transaction was handled by the then-operator working interest owner. Filer did sign the assignment transferring filer's interest to the buying group. Filer has recently learned that the assignment only transferred the oil and gas produced from the bore hole of the S.J. Keasler #1 well with all other rights to oil and gas being retained by all original working interest owners in their original percentage of ownership. An offer has been made in the year 2007 that, if accepted, would place the value of filer's interest above the threshold value. Filer assumes it had this value at the end of reporting period though unknown to filer at that time. A check of the title revealed the present ownership position that filer is reporting. Filer did not recall the limited nature of the assignment executed in December 1996. In the event the sale closes in accordance with the outstanding offer, filer recognizes that would be a reportable transaction for 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _May 11, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544